UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOLEEN DELGADO,

      Plaintiff,

  -against-

SEALED DEFENDANT,

      Defendant.

25-CV-1822 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

 On April 14, 2025, the Court received a letter from Plaintiff advising that she wishes to withdraw her complaint. (ECF 6.)

 The Court grants Plaintiff's request to withdraw this action. The complaint is voluntarily dismissed under Fed. R. Civ. P. 41(a).

 The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: April 28, 2025
    New York, New York

           /s/ Laura Taylor Swain
           LAURA TAYLOR SWAIN
          Chief United States District Judge